**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORPORATION**
Clayeo C. Arnold, SBN 65070
Anthony J. Poidmore, SBN 51346
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
Email: apoidmore@justice4you.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM R. KELLOGG,<br><br>　　　Plaintiffs,<br>vs.<br><br>WITTMEIER AUTO CENTER: FORD, HONDA AND LINCOLN,<br><br>　　　Defendants. | Case No.: 2:17-cv-00097-MCE-CMK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by and between counsel for the parties to the above action, Plaintiff WILLIAM R. KELLOGG and Defendant WITTMEIER AUTO CENTER: FORD, HONDA AND LINCOLN acting through respective counsel of records, hereby request to dismiss the above captioned action with prejudice, purusuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Date: September 10, 2018

CLAYEO C. ARNOLD
A Professional Law Corporation

By: _____/s/_____
Anthony J. Poidmore
Attorney for Plaintiff

Date: September 14, 2018

PORTER SCOTT
A Professional Law Corporation

By: _____/s/_____
Derek. J. Haynes
Attorney for Defendant

## ORDER

In accordance with the foregoing stipulation, and good cause appearing, the above-entitled matter is hereby dismissed, with prejudice. The case having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: September 20, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE